1. Afshin Bahrampour
   #1984162
2. 330 S. Casino Center Dr.
   Las Vegas, NV 89101
3.
4. In the United States District Court For the District of Maryland
5.
6. Afshin Bahrampour,         * Civil Action.
   Pltf.                      * GLR-21-2412
7.
8. V.                         *
9. National Security Agency,   Amended
   Defendant.
10.                            Complaint
11.                            Against the
                               N.S.A.
12.
13.
14.
15.

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
DEC 16 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

1 <u>Defendant</u>

2 National Security Agency

3

4 Fort George Meade, Maryland 20755-6000

5

<u>JURISDICTION</u>

6

7 Pursuant to 5 U.S.C. §552(a)(4)(B) seeking judicial review of this matter.

8

9 <u>FACTS OF THE CASE</u>

10 I am seeking judicial review of two seperate and distinct

11 Freedom of Information Act requests I made to the National Security

12 Agency as follows;

13 <u>Request #1</u> - On January 8, 2021 I Requested any and all intelligence

14 Records on myself, Afshin Bahrampour.

15 On March 17, 2021 the agency

(1)

1 Responsed to me Releasing No Records and invoking a
2 Glomar Response Additionally under executive order 13526
3 "Special Access Programs." On March 24, 2021 I Appealed
4 the decision and response and on April 16, 2021 the Appeal
5 was denied (see Appendix A).

6 (a) The plaintiff claims the intelligence Records on myself are improperly
7 withheld because of the following Reasons outlined below:
8
   (i) Government waives Priviledge
9      in Attempt to Shield Government
       misconduct
10
   Under this Ruberic the plaintiff asks
11 for an extension or modification
   of the Law on the "Deliberative
12 process" priviledge in Law Enforcement
   to encompass FOIA exemptions
13 and Glomar Responses of National
   Security Agency since plaintiff's
14 averment in this case is that
   the National Security Agency
15

(2)

is invoking exemptions and glomar response in an attempt to shield government misconduct in "special access programs" directed towards me from 2012 through 2021 involving "Electronic surveillance" and the "testing of electronic equipment" and "training of government personnel" under 50 U.S. Code Section 1805 ("Issuance of Order") subsection (g) ~~~~~~~~~~~~~~~~ and under 50 U.S. code section 1520 ("Restrictions on use of human subjects for testing of chemical or biological Agents") subsection (b)(3) which lists as an exception to the prohibition in subsection (a):

"(3) Any Law enforcement purpose, including any purpose related to riot control."

In support of this argument the plaintiff points the following facts and citations in the public record

(A) Article from policeone.com

③

1  entitled "Federal Judge orders government to change terror
2  watchlist" Dated December 28, 2019 By matthew Barakat from Associated
3  press which outlines the following;

4     "The order issued last week by U.S. District Judge Anthony Trenga
5  falls short of what A muslim civil rights group had hoped for when it
6  won A ruling this year that the secret list violates the constitutional
7  rights of those placed on it"

8  the article goes on to state;

9  "Trenga indicated he will review the government's proposals to guage whether
10  they fix the specific due process problems he outlined earlier in
11  the year: that the government refuses to confirm whether individuals
12  are on the watchlist, that those on the list lack an opportunity to rebut the
13  negative information that led to their inclusion, and that if they request
14  a review of their status they are
15  unable to learn its outcome or make

(4)

1 any meaningful appeal. The watchlist, also known as the Terrorist
2 Screening Database... As of June 2017 approximately 1.16 million people
3 were included on the watchlist according to government documents filed in
4 the lawsuit... The vast majority are ~~scribbled~~ foreigners but
5 according to the government, there are roughly 4,600 U.S. citizens..."
6
7 Plaintiff is a U.S. citizen, naturalized in 1991 in Portland, Oregon.
8 Additionally the article states:
9 "In particular, government lawyers acknowledged after years of
10 denials that more than 500 private entities are given access to the
11 list. Government lawyers describe those private agencies as "Law
12 enforcement adjacent" and include university police forces, and security
13 forces and hospitals, railroads and even animal-welfare organizations."
14
15 Additional References and terms in

(5)

Legal citations are "Terrorist Surveillance Program" (see 2021 U.S. Dist. Lexis 33918, Ladeairous v. Rosen; 2014 U.S. Dist. Lexis 43187, Elec. Privacy Info Center v. United States D.O.J.; 932 F. Supp. 2d 5, Barr v. Obama; 808 F. Supp. 2d 280, American Civil Liberties Union v. D.O.J., and 774 F. Supp. 2d 225, Judicial Watch Inc. v. U.S. Dept. of Justice and additional related cases and their progeny), "COINTELPRO" program (see 453 F. Supp. 3d 54, Khatchadourian v. Def. Intelligence Agency; 435 F. Supp. 3d 99, Schaerr v. United States D.O.J.), "Church Committee" (see 957 F. Supp. 2d 1, Klayman v. Obama), and "Non-investigative subjects" and "Confidential Human Sources" from Targeted Justice website and former FBI Agent Affidavits Ted Gunderson and Gerald Sosbee. Also see former National Security Agency whistleblower affidavits on NSA operations like PRISM, Upstream, Echelon, Carnivore, Tempest, etc.

Plaintiff additionally argues that the

(6)

1  "necessary and proper clause" of the constitution does not authorize the
2  classification of information as privileged for the sole purpose of
3  sheilding government misconduct. (See also 437 U.S. 214, NLRB v.
4  Robbins Tire & Rubber Co. where the court held that FOIA requires government
5  agencies to release records upon request in order to "ensure an informed
6  citizenry vital to the functioning of democratic society, needed to check
7  against corruption and to hold the governors accountable to the
8  governed").

9  Request #2 - In June or July plaintiff requested from the National Security
10 Agency records relating or relevant to "Directed Radio Frequency
11 Energy", the "Frey Effect", and ultrasonic or "Directed Energy" crowd control
12 weapons" to which he has recieved "no response. Also requested records on "Electronic Brain
13 Link The National Security Agency is Agency within Dept. of
   Defense & The Federal Governments executive
14 Branch has already acknowledged
15 the existance of the above emerging

(7)

technologies in the following documents and articles:

(a) An Assessment of Illness in U.S. Government Employees and their Families at overseas Embassies (2020)
suggested citation -
National Academies of Sciences, and medicine 2020. An Assessment of Illness in U.S. government Employees and Their families at overseas Embassies, washington D.C.: The National Academies Press.
https: doi.org/10.17226/25889

(b) Article citation found at-
https://www.theguardian.com/2017/oct/16/trump-says-cuba-responsible-for-alleged-sonic-attacks-but-offers-no-evidence

(c) Active Denial Technology found at-
http://jnlwp.defense.gov

(d) Article entitled "State Dept. names new chief of task force overseeing 'Havana syndrome' respons" by

Dan DeLuce and Abigail Williams, dated Nov. 6, 2021.

(e) Frost, Dr. Gerald & Shipbaugh, Dr. Calvin (1994, Feb.) <u>GPS Targeting for Non-lethal ~~weapon~~ Systems.</u> RAND Publication RP-262, Santa Monica, California: The RAND Corporation

(d) SECNAV INST 3900.39E, SECNAV INST 3900.39D, and Office of Naval Research Report (Grant # N00014-97-1-0926 entitled "Neuro-electric Activity and Analysis in support of Direct Brain Wave to Computer Interface Development"

(e) Dept. of Defense Instruction 3612.02, Protection of Human Subjects and Adherance to ethical standards in D.O.D. conducted and supported Research.

(9)

## Relief Sought

Any Relief the court deems Appropriate and Order and Declatory relief to produce requested records And to review records improperly withheld and order their release to plaintiff per this complaint.

## Penalty of Perjury

(per NRS 208.165) Prisoner Affidavit.

Signed

Dated. 12-7-2021    By

Afshin Bahrampour
#1984162
330 S. Casino center
Las Vegas, NV
89101

(10)