UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

February 24, 2022

MEMORANDUM TO PARTIES RE:   Afshin Bahrampour v. National Security Agency
Civil Action No. GLR-21-2412

Dear Parties:

Pending before the Court is Defendant National Security Agency's ("NSA") Motion for Extension of Time to Respond to Plaintiff Afshin Bahrampour's Complaint (ECF No. 12). Although NSA provides what appears to be good cause for the extension in its Motion, it indicates in the Motion that it has not obtained Bahrampour's consent for the additional sixty days it seeks. NSA filed its Motion on February 22, 2022, the day its response to the Complaint was due. Thus, for practical reasons, the Court will grant NSA's Motion in part while it awaits Bahrampour's response.

For the reasons set forth above, NSA's Motion for Extension of Time (ECF No. 12) is GRANTED IN PART. The Court will PROVIDE NSA an additional fourteen days, i.e., until March 8, 2022, to respond to the Complaint. The Court will further direct Bahrampour to RESPOND to NSA's Motion within seven days, i.e., no later than March 3, 2022. If the Court does not receive a timely response from Bahrampour, it will PROVIDE NSA the full sixty-day extension it requests in its Motion. If Bahrampour timely responds, the Court will promptly rule on the Motion.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly and to mail a copy of this Order to Bahrampour.

Very truly yours,

/s/
George L. Russell, III
United States District Judge